UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMUEL L. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:14-CV-728 NAB |
| | ) |
| ST. FRANCOIS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted a complaint. However, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty days of the date of this Order. Additionally, if plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $350 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form motion to proceed in forma pauperis – prisoner cases.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 11th day of April, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE